UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BENSON MACK, | ) Case No. EDCV 06-0356-SJO(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| DEBRA DEXTER, | ) |
| Respondent. | ) |

Pursuant to the Order Following Remand,

IT IS ADJUDGED that the petition for writ of habeas corpus is granted, and petitioner shall be released from custody in San Bernardino County Superior Court case no. FMB006068 unless the Superior Court resentences petitioner within 120 days of the date Judgment becomes final herein.

April 20, 2010

DATED: _____

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R-MDO\06-0356.jud2
3/12/10